# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| FI-10 | 9403476 | UHL | 20 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 08/26/2019  0229
**Offense Charged:** ☒ State Code
RIGL 11-41-20
ASSIMILATED BY 18 USC 13

**Place of Offense:** NAVY WAR COLLEGE @ NAVSTA NEWPORT, RI

**Offense Description. Factual Basis for Charge:** SHOPLIFTING

### DEFENDANT INFORMATION

**Last Name:** STAFFORD
**First Name:** RYAN
**MI:** A

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

**Court Address:** UNITED STATES DISTRICT COURT
2 EXCHANGE TERRACE
PROVIDENCE, RI 02903
COURTROOM B

**Date:** 20 SEP 2019
**Time:** 1000

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*9403476*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 28 AUG, 2019 while exercising my duties as a law enforcement officer in the 10 District of RI.

ON 28AUG2019, AT APPROXIMATELY 1245, I RESPONDED TO BUILDING 1250, THE NAVY EXCHANGE, FOR A SUSPECTED SHOPLIFTING. I REVIEWED CCTV FOOTAGE AND WITH SUPPORTING DOCUMENTS PROVIDED BY LOSS PREVENTION AGENT HARDIE, HEATHER, I WAS ABLE TO ASCERTAIN STAFFORD, RYAN FAILED TO PAY THE FULL PRICE FOR A GLACEAU VITAMIN WATER AND EXITED WITH THE ITEM ON 26AUG2019 AT APPROXIMATELY 1429 AT THE MICRO MART IN THE NAVAL WAR COLLEGE ON NAVSTA NEWPORT.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 08/29/2019   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident